**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00919-PAB

ERNEST WAYNE FREEMAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. , the following Judgment is hereby entered.

Pursuant to the Order [Docket No. 24] of U.S. District Judge Philip A. Brimmer entered on March 31, 2014, it is

**ORDERED** that the decision of the Commissioner of Social Security that plaintiff was not disabled is **AFFIRMED**. It is further

**ORDERED** that judgment is hereby entered in favor of the defendant and against the plaintiff. It is further

**ORDERED** that the defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security, is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

    **ORDERED** that this case is **CLOSED**.

Dated at Denver, Colorado this 31st day of March, 2014.

>FOR THE COURT:
>JEFFREY P. COLWELL, CLERK
>
>s/Kathy Preuitt-Parks
>
>Kathy Preuitt-Parks
>Deputy Clerk